# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1595
Lower Tribunal No. 2021-CF-007376-A-O

_____

TIMOTHY SHEA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Andrea Flynn Mogensen, of The Law Office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED